KAMER ZUCKER ABBOTT
Scott M. Abbott        #4500
R. Todd Creer          #10016
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
tcreer@kzalaw.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLADYS SANTOS, | Case No. 2:14-cv-01668-RFB-GWF |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| WYNN RESORTS LIMITED, a Nevada Corporation, d/b/a THE WYNN LAS VEGAS and DOES I-X and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs.

///

///

///

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees.

DATED this 10th day of March, 2015.

| KANG & ASSOCIATES, PLLC | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Kyle R. Tatum<br>Patrick W. Kang      #10381<br>Kyle R. Tatum      #13264<br>6480 West Spring Mountain Road<br>Suite 1<br>Las Vegas, Nevada 89146 | By: /s/ R. Todd Creer<br>Scott M. Abbott      #4500<br>R. Todd Creer      #10016<br>3000 West Charleston Blvd.<br>Suite 3<br>Las Vegas, Nevada 89102 |
| Attorneys for Plaintiff | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

DATE: March 11, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge